UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN HERRERA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BRANDON PRICE, et al.,<br><br>　　　　　　Defendants. | Case No. 1:19-cv-01405-EPG (PC)<br><br>ORDER FOR PLAINTIFF TO SUBMIT A NON-PRISONER APPLICATION<br>TO PROCEED IN FORMA PAUPERIS OR PAY THE $400.00 FILING FEE<br><br>THIRTY-DAY DEADLINE |

　　　　Plaintiff is a civil detainee[1] proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　　Plaintiff has not paid the $400.00 filing fee or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　The Clerk's Office shall send Plaintiff the attached application to proceed in forma pauperis **for a non-prisoner**; and

　　　　2.　　Within thirty days of the date of service of this order, Plaintiff shall submit the completed and signed application to proceed in forma pauperis **for a non-prisoner**, or in the alternative, pay the $400.00 filing fee for this action.

　　　　\\\

　　　　\\\

---

[1] Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).

1

Failure to comply with this order may result in dismissal of this action.

IT IS SO ORDERED.

Dated: **October 10, 2019**

/s/ *Erin P. Grosjean*
UNITED STATES MAGISTRATE JUDGE