UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN HERRERA,<br><br>            Plaintiff,<br><br>    v.<br><br>BRANDON PRICE,<br><br>            Defendant. | Case No. 1:19-cv-01405-EPG (PC)<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 4) |

Plaintiff is a civil detainee proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 *et seq.* are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).

In the instant action, Plaintiff filed an application to proceed in forma pauperis. Examination of Plaintiff's application reveals that Plaintiff is unable to afford the costs of this action. Accordingly, Plaintiff's application to proceed in forma pauperis is GRANTED.

IT IS SO ORDERED.

    Dated: **October 28, 2019**          /s/ Erica P. Grosjean
                                                                           UNITED STATES MAGISTRATE JUDGE