UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN HERRERA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRANDON PRICE, et al.,<br><br>　　　　Defendants. | No. 1:19-cv-01405-NONE-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION AND DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE AND CLOSE CASE<br><br>(DOC. NOS. 1, 7, & 11) |

　　Ruben Herrera ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　On August 20, 2020, the assigned magistrate judge entered findings and recommendations, recommending that "[t]his action be dismissed, with prejudice, for failure to state a claim, failure to prosecute, and failure to comply with a court order," and that "[t]he Clerk of Court be directed to close this case." (Doc. No. 6 at 6.)

　　Plaintiff was provided an opportunity to file objections to the findings and recommendations.  Plaintiff filed what appear to be his objections on August 31, 2020. (Doc. No. 12.)

/////

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

In his objections, plaintiff alleges that he has very limited law library access due to the lockdown at the prison where he is incarcerated caused by COVID-19. He also appears to ask the court for additional time to file his First Amended Complaint.

The court appreciates that COVID-19 is causing plaintiff difficulties, and plaintiff was granted a sixty-day extension of time because of those difficulties, giving him until about July 9, 2020, to respond to the screening order (Doc. No. 9.) However, plaintiff did not respond to the screening order or request additional time to do so, despite the court waiting over a month to issue its findings and recommendations. In his objections, plaintiff does not explain why he failed to timely respond to the court's order or request additional time to do so.

Additionally, it is not clear why plaintiff was unable to timely file his First Amended Complaint. Plaintiff has admitted that he has had some, although limited, access to the law library throughout the period of time provided to him by the court. Moreover, the magistrate judge provided plaintiff with applicable legal standards and detailed the deficiencies in his original complaint. (Doc. No. 7.) Those noted deficiencies largely related to plaintiff not including sufficient factual allegations in his complaint. (*Id.* at 4-5.) It is not clear why plaintiff needs to conduct months of legal research in order to add additional factual allegations in his amended complaint.

Moreover, plaintiff has already had over four and a half months to draft an amended complaint. Nonetheless, instead of filing an amended complaint in response to the magistrate judge's findings and recommendations, plaintiff asks for additional time to do so. Plaintiff complains that he has been afforded insufficient access to the law library in recent weeks and months. But the court provided plaintiff with the relevant legal standards in its screening order, and there is no apparent reason why plaintiff's circumstances prevented him from amending his complaint to include additional *facts* relevant to the standards provided.

1  Based on the foregoing, the court will adopt the findings and recommendations in full
2  and deny plaintiff's request for additional time to file his First Amended Complaint.
3  Accordingly, THE COURT HEREBY ORDERS that:
4  1. The findings and recommendations issued on August 20, 2020 (Doc. No. 11),
5  are ADOPTED IN FULL;
6  2. This action is dismissed, with prejudice, for failure to state a claim, failure to
7  prosecute, and failure to comply with a court order; and
8  3. The Clerk of Court is directed to assign a district judge to this case for the
9  purpose of closing the case and then to close this case.

IT IS SO ORDERED.

Dated:   **October 21, 2020**

_____
UNITED STATES DISTRICT JUDGE